UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

KATHRYN A. MILLER, et al.,            :

             Plaintiffs,      :

                   :         25-CV-08384 (JAV)

     -v-                :

                   :          ORDER

MAHESH NAITHANI,         :

                   :

                   :

                   :

           Defendant.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated April 6, 2026 ECF No. 17, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by June 2, 2026. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **6/5/2026**.

      SO ORDERED.

Dated:  June 4, 2026
       New York, New York              JEANNETTE A. VARGAS
                                   United States District Judge