**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

KATHRYN A. MILLER and DAVID C. MILLER, as co-executors of the Estate of Lewis A. Miller, deceased et al.,

Plaintiffs,

25 **CIVIL** 8384 (JAV)(SDA)

-against-

**JUDGMENT**

MAHESH NAITHANI,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 6, 2026, the R&R is ADOPTED in full. The default judgment motion is GRANTED, and Plaintiffs are awarded damages of $312,000.00, along with prejudgment interest at the rate of $2,000.00 per month from April 30, 2025, until judgment is entered in the amount of $36,000.00; $58,772.50 in attorneys' fees; and $12,906.49 in costs; accordingly, the case is closed.

**Dated:** New York, New York
November 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**